IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APERIO TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 09-427-ER |
| ) | |
| OLYMPUS AMERICA INC., ) | |
| HAMAMATSU CORPORATION and ) | |
| HAMAMATSU PHOTONICS KK, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)

Plaintiff Aperio Technologies, Inc. ("Aperio"), and Defendants Olympus America Inc. ("Olympus"), Hamamatsu Corporation ("Hamamatsu") and Hamamatsu Photonics KK ("HPK"), through their undersigned counsel, hereby stipulate to voluntarily dismiss this case without prejudice under Fed. R. Civ. Pro. 41(a).

WHEREAS, the parties stipulate and agree that the above entitled action shall be dismissed without prejudice in order to permit exploration of the possibility of resolving the disputes;

WHEREAS, Aperio and Hamamatsu stipulate and agree to undertake best efforts to complete the foregoing exploration and any related meetings no later than the end of February, 2010;

WHEREAS, the parties stipulate and agree that Chief Magistrate Judge Rueter will retain jurisdiction over ongoing settlement discussions, and shall appear before Judge Rueter for a settlement conference beginning at 10:00 AM on March 16, 2010;

WHEREAS, the parties stipulate and agree that, in the event that parties are unable to reach a settlement, the jurisdiction of any action, if any, reinstated by Aperio shall remain with Judge Robreno and the trial will be conducted in the District of Delaware; and

WHEREAS, the parties agree that they will not use this stipulation, in any way, in any motion to stay the litigation.

1

IT IS HEREBY STIPULATED by and between the parties hereto that this action shall be dismissed in its entirety, without prejudice.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Jeffrey T. Costellano* |
| Jack B. Blumenfeld (#1014) | Melanie K. Sharp (#2501) |
| Maryellen Noreika (#3208) | Jeffrey T. Costellano (#4837) |
| 1201 North Market Street | 1000 West Street, 17th Floor |
| P.O. Box 1347 | P.O. Box 391 |
| Wilmington, DE 19899-1947 | Wilmington, DE 19899-0391 |
| (302) 658-9200 | (302) 571-6681 |
| jblumenfeld@mnat.com | msharp@ycst.com |
| mnoreika@mnat.com | jcastellano@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS HEREBY ORDERED that this case is dismissed in its entirety, without prejudice, this ____ day of _____ 20____.

_____
Hon. Eduardo C. Robreno
United States District Judge